### BEFORE THE FIRST DIVISION, MARCH 16, 1950

**No. 54121.**—Fries Bros. et al. *v.* United States, protests 137640–K, etc. (New York).

Opinion by Cole, J. In accordance with stipulation of counsel that the merchandise consists of eucalyptus oil the same in all material respects as that passed upon in *United States* v. *Fries Bros., Inc.* (37 C. C. P. A. 36, C. A. D. 416), the claim at 15 percent under paragraph 58 was sustained.